**Order entered November 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00028-CV

### THE STATE OF TEXAS, Appellant

### V.

### MESQUITE CREEK DEVELOPMENT, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

Before the Court is appellant's November 18, 2019 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **December 23, 2019**. We caution appellant that further extension requests will be disfavored.

/s/     BILL WHITEHILL
          JUSTICE